# Court of Appeals
# of the State of Georgia

ATLANTA, April 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0178.  BENNETT v. PAUL.**

Upon consideration of Maryam Bennett's Emergency Motion for Immediate Stay of Enforcement, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/09/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*